B03-CV-207

United States District Court
Southern District of Texas
FILED

JAN 29 2004

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ?  HAND DELIVERY | Date  1-12-04 @ 1:13 PM |
| NAME OF SERVER (PRINT)  DAVE ECKSTEIN | Title  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served. _12 COWAN TERRACE, BROWNSVILLE, TX_

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  _1-12-04_
Date

Signature of Server  _DAVE ECKSTEIN_

Address of Server