United States District Court
Southern District of Texas
FILED

JAN 29 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-03-207 |
| Jorge A. Whitley | § | |

## ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Jorge A. Whitley in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this  29  day of  January , 2004, at  Brownsville , Texas.

_____
United States Deputy District Clerk