**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES OF AMERICA                    *
           VS                                     *        CIVIL ACTION NO. B-03-207
JORGE A. WHITLEY                             *

## ORDER STRIKING DOCUMENT

The Clerk has filed your <u>Motion to Compel and for Sanctions</u>; however, it is deficient as checked.

(L.R. refers to the Local Rule of this District.

1. ____    Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____    Filing is not signed by, or by permission of, the attorney-in-charge.  (LR 11.3).

3. ____    One or more of the following are not included beneath the attorney's signature:
    (a)    state bar number; or
    (b)    Southern District of Texas Federal Bar Number; or
    (c)    office address including zip code; or
    (d)    telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____    A copy of the filing was not provided (LR.5.2).

5. ____    No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ____    No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ____    Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____    A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. ✓    Other: <u>The Certificate of Service is not dated.</u>

The document is stricken from the record.

Date: <u>July 22, 2004</u>

_____
Felix Recio, United States Magistrate Judge