

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *versus* § | Civil Action B-03-207 |
| § | |
| Jorge A. Whitley § | |

United States' Motion to Compel and for Sanctions

United States of America moves for an order compelling Jorge A. Whitley ("Whitley") to respond to post-judgment discovery and awarding sanctions against Whitley, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On April 22, 2004, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Whitley, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned unclaimed. The first class mail was not returned. The postjudgment discovery sought information regarding the financial condition of Whitley, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Whitley by letter dated June 3, 2004. (Exhibit 2).

3. Whitley failed to respond to the discovery requests. The United States attempted to obtain responses from Whitley. The United States attempted to contact Whitley by telephone on June 8, 2004, June 17, 2004, and June 22, 2004.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. Under Rule 37 of the Federal Rules of Civil Procedure, if a motion compelling responses to discovery is granted, the Court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the Motion, including attorney's fees, unless the court finds that the motion was filed without the movants

first making a good faith effort to obtain the discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust. Fed. R. Civ. Proc. (a)(4)(A).

6. The United States requests that the court order Whitley to respond to post-judgment discovery fully and completely, and award sanctions against Whitley pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to properly respond to the discovery. A reasonable attorney's fee is $200.00 for one hour for the efforts to obtain responses to the postjudgment discovery and to prepare this motion. Additional attorney's fees will be requested for preparing for and attending any hearing on this motion.

> Respectfully submitted
> BENNETT, WESTON & LaJONE, P.C.
>
> By: _____
> L. Michael Weston
> Texas Bar No. 21232100
> SD Tex. No. 21538
> Attorney in Charge
> Charles I. Appler
> Texas Bar No. 00788995
> SD Tex. No. 23055
> 1750 Valley View Lane, Suite 120
> Dallas, Texas 75234
> Telephone: (214) 691-1776
> FAX: (214) 373-6810
> Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Jorge A. Whitley at 12 Cowan Terrace, Brownsville, TX 78521 by certified mail, return receipt requested, and regular mail on this ___27th___ day of ___July___, 2004.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-03-207 |
| Jorge A. Whitley | § § | |

**POST-JUDGMENT DISCOVERY**

TO:   Jorge A. Whitley, 12 Cowan Terrace, Brownsville, TX 78521

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and truthfully and/or to produce all requested documents are serious matters which will be brought to the attention of the court.

**INSTRUCTIONS**

1. Send your sworn answers to the interrogatories and produce the requested documents for inspection and copying **within 30 days of your receipt** of this Post-Judgment Discovery to

   J. Michael Weston
   BENNETT, WESTON & LaJONE, P.C.
   1750 Valley View Lane, Suite 120
   Dallas, Texas 75234

2. Answer each interrogatory in the space provided. If you need additional space,

IF YOU CANNOT ANSWER ANY INTERROGATORY COMPLETELY OR PRODUCE ANY DOCUMENT FOR ANY REASON, state the reason(s) for not producing the documents. For example, if you have no documents that fit the description, write "none" in the after the description.

EXHIBIT _1_

[Certified Mail Receipt postmarked 4/22/04, Sent To: Jorge Whitley]

## DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Jorge A. Whitley, and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7001670001594180067) and regular mail on this 22nd day of April, 2004.

_____

EXHIBIT 1

# BENNETT, WESTON & LaJONE, P.C.
### Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                         Fax: (214) 373-6810

April 16, 2004

**PERSONAL AND CONFIDENTIAL**
Jorge A. Whitley
12 Cowan Terrace
Brownsville, TX 78521
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED
NO.** _7001 1670 0010 5941 8067_ **AND REGULAR MAIL**

      Re:    United States of America v. Jorge A. Whitley, Civil Action B-03-207

      Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

      You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

      If you wish to settle this claim, please call us.

**CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

                                      Yours very truly,

                                      J. MICHAEL WESTON

encl.

**WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT 1

Bennett, Weston & LaJone, P.C.
1750 Valley View Lane, Ste. 120
Dallas, Tx 75234

RETURN SERVICE REQUESTED

UNCLAIMED

7000 1670 0010 5941 8067

Jorge A. Whitley
12 Cowan Terrace
Brownsville, Tx 78521

Notified 4/27/04
4/2/60

NAME
Molina

7852174043/3010

EXHIBIT 1

**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                  Fax: (214) 373-6810

June 3, 2004

Jorge A. Whitley
12 Cowan Terrace
Brownsville, TX  78521

    Re:  *United States of America v. Jorge A. Whitley*, No. B-03-207, Judgment dated: April 8, 2004

YOU HAVE NOT RESPONDED THE POST JUDGMENT DISCOVERY
SERVED ON YOU.

You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.

THIS IS A SERIOUS MATTER.

CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL JEFF TODD AT EXTENSION 252.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,

**COPY**

J. MICHAEL WESTON

EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | |
| *versus* | | Civil Action B-03-207 |
| Jorge A. Whitley | | |

**Certificate of Conference**

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Jorge A. Whitley in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Jorge A. Whitley. A representative of the office called Jorge A. Whitley and left a message on June 8, 2004, June 17, 2004, and June 22, 2004. Jorge A. Whitley has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America