# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2004

Michael N. Milby, Clerk of Court

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| VS | § | CIVIL ACTION NO. B-03-207 | |
| JORGE A. WHITLELY | § | | |

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## CORRECTED ORDER COMPELLING DISCOVERY RESPONSES

Jorge A. Whitley is hereby ORDERED to fully respond to the interrogatories and requests for production served upon him by the United States of America by October 31, 2004. Failure to comply with this order may result in sanctions or other penalties.

IT IS SO ORDERED.

DONE in Brownsville, Texas, this 26th of August 2004.

_____
Felix Recio
United States Magistrate Judge