B-03CV207

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

**CERTIFIED MAIL**

UNCLAIMED

7003 1680 0006 5214 1147

1710 U.S. POSTAGE
$04.420 AUG 25 2004
MAILED FROM ZIP CODE 78520

Mr. Jorge A. Whitley
12 Cowan Terrace
Brownsville, TX 78521

NAME
1st Notice 9-3
2nd Notice 9-13
Return





SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jorge A Whitley
12 Cowan Terrace
Brownsville, TX  78521
CA B03-207   (8/15/04 Order)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail       ☐ Express Mail
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)

7003  1680  0006  5214  1147

PS Form 3811, August 2001        Domestic Return Receipt                102595-02-M-1540