UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Civil Action B-03-207 |
| | § | |
| JORGE A. WHITLEY | § | |

### United States' Motion to Compel

United States of America moves for an order compelling Jorge A. Whitley ("Whitley") to respond to post-judgment discovery, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On February 15, 2005, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Whitley, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned signed. The post-judgment discovery sought information regarding the financial condition of Whitley, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Whitley by letter dated March 31, 2004. (Exhibit 2).

3. Whitley failed to respond to the discovery requests. The United States attempted to obtain responses from Whitley. The United States attempted to contact Whitley by telephone on March 30, 2005.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. The United States requests that the court order Whitley to respond to post-judgment discovery fully and completely.

                                              Respectfully submitted
                                              BENNETT, WESTON & LaJONE, P.C.

By: /s/ J. Michael Weston
     J. Michael Weston
     Texas Bar No. 21232100
     SD Tex. No. 21538
     Attorney in Charge
     Matthew L. Weston
     Texas Bar No. 24037698
     SD Tex. No. 33501
     1750 Valley View Lane, Suite 120
     Dallas, Texas 75234
     Telephone: (214) 691-1776
     FAX: (214) 373-6810
     Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Jorge A. Whitley at 12 Cowan Terrace, Brownsville, TX 78521 by certified mail, return receipt requested, and regular mail on this 28th day of April, 2005.

                                      /s/ J. Michael Weston_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Civil Action B-03-207 |
| | § | |
| JORGE A. WHITLEY | § | |

**Certificate of Conference**

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Jorge A. Whitley in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Jorge A. Whitley. A representative of the office called Jorge A. Whitley and left a message on March 30, 2005. Jorge A. Whitley has not responded to the discovery.

               Respectfully submitted
               BENNETT, WESTON & LaJONE, P.C.


            By: /s/ J. Michael Weston____
              J. Michael Weston
              Texas Bar No. 21232100
              SD Tex. No. 21538
              Attorney in Charge
              Matthew L. Weston
              Texas Bar No. 24037698
              SD Tex. No. 33501
              1750 Valley View Lane, Suite 120
              Dallas, Texas 75234
              Telephone: (214) 691-1776
              FAX:   (214) 373-6810
              Attorneys for the United States of America