UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| versus | § § § | Civil Action B-03-207 |
| Jorge A. Whitley | § | |

**POST-JUDGMENT DISCOVERY**

TO: Jorge A. Whitley, 12 Cowan Terrace, Brownsville, TX 78521

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and truthfully and/or to produce all requested documents are serious matters which will be brought to t[...]

**You are required to supply any updated infor**[...]

[...] **answers or produce documents** t[...]

TO: Jorge Whitely
12 Cowan Terrace
Brownsville, TX 78521

SENDER: clb
REFERENCE

Certified Article Number
7101 7596 0450 0001 8479
SENDERS RECORD

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | $0.37 |
|---|---|---|
| | Certified Fee | $2.30 |
| | Return Receipt Fee | $1.75 |
| | Restricted Delivery | $0.00 |
| | Total Postage & Fees | $4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

PS Form 3811, July 2001

Jorge Whitely
12 Cowan Terrace
Brownsville, TX 78521

1. Article Addressed to:
3. Service Type CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) — Yes
2. Article Number: 7101 7596 0450 0001 8479

Domestic Return Receipt

A. Received by (Please Print Clearly)
B. Date of Delivery: 2/19
C. Signature X — Agent / Addressee
D. Is delivery address different from item 1? If YES, enter delivery address below: Yes / No

COMPLETE THIS SECTION ON DELIVERY

failure to answer or produce the documents. For example, if you have no documents that are described in a written request, write "none" in the after the description.

### DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Jorge A. Whitley, and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

        Respectfully submitted
        BENNETT, WESTON & LaJONE, P.C.

By: _____
    J. Michael Weston
    Texas Bar No. 21232100
    SD Tex. No. 21538
    Attorney in Charge
    Charles I. Appler
    Texas Bar No. 00788995
    SD Tex. No. 23055
    1750 Valley View Lane, Suite 120
    Dallas, Texas 75234
    Telephone: (214) 691-1776
    FAX: (214) 373-6810
    Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7101 7596 0050 0018479 ) and regular mail on this 15th day of February, 2005.

_____

**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                           Fax: (214) 373-6810

February 9, 2005

**PERSONAL AND CONFIDENTIAL**
Jorge A. Whitley
12 Cowan Terrace
Brownsville, TX 78521
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED
NO.** _7101759604500018479_ **AND REGULAR MAIL**

Re:    *United States of America v. Jorge A. Whitley,* Civil Action B-03-207

Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

If you wish to settle this claim, please call us.

**CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

Yours very truly,

J. MICHAEL WESTON

encl.

**WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
