UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Civil Action B-03-207 |
| JORGE A. WHITLEY | § § | |

**Order Compelling Discovery Responses**

    Jorge A. Whitley must fully respond to the interrogatories and requests for production served upon Jorge A. Whitley by the United States by June 20, 2005.

    If Jorge A. Whitley fails to comply with this order, Jorge A. Whitley may be held in contempt and assessed appropriate sanctions.

    SIGNED _____, 2005, at Brownsville, Texas.

_____
United States Magistrate Judge