ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. **B-03-207** |
| | § | |
| **JORGE A. WHITLEY** | | |

## ORDER COMPELLING DISCOVERY RESPONSES

**Jorge A. Whitley** must fully respond to the interrogatories and requests for production served upon **Ernesto Francisco Cavazos** by the United States by **June 20, 2005.**

If **Jorge A. Whitley** fails to comply with this order, **he** may be held in contempt.

SIGNED this 4th day of May 2005, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge