United States District Court
Southern District of Texas
FILED

MAY 0 5 2005

Michael N. Milby
Clerk of Court



B-03-CV-207